HAZEL BLACK, Respondent, v. CARL W. SMITH, Appellant. CLIFTON M. BLACK, Respondent, v. CARL W. SMITH, Appellant.— Judgments and orders unanimously

affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.